**Order entered November 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01109-CV

### IN THE INTEREST OF R.E., ET AL., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-06294**

## ORDER

Before the Court is appellant's November 2, 2018 motion for extension of time to file brief. Appellant notes the Court has questioned its jurisdiction over this appeal, and he seeks an extension until fifteen days after the Court determines its jurisdiction.

The letter questioning the Court's jurisdiction suspended the deadline for filing appellant's brief and informed the parties the deadline would be reset if the Court determined it had jurisdiction. Accordingly, we **DENY** the motion as premature.


/s/     DAVID EVANS
        JUSTICE